Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, BROCKETT MUELLER,
and JOHN OTTERNESS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MONSIBIAS,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY OF BAKERSFIELD;<br>BROCKETT MUELLER;<br>JOHN OTTERNESS; and<br>Does 1 through 100, inclusive,<br><br>        Defendants. | Case No. 1:18-CV-01390-DAD-JLT<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER CLOSING THE ACTION**<br>**(Doc. 16)** |

    IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-referenced matter be dismissed in its entirety with prejudice. Each party is to bear its own attorneys' fees and costs.

///

1

Dated: April 11, 2019.                    MARDEROSIAN & COHEN

                                                     */s/ Michael G. Marderosian*

                                     By:_____
                                          Michael G. Marderosian,
                                          Attorneys for Defendants
                                          above-named.


Dated: April 11, 2019.                    RODRIGUEZ & ASSOCIATES

                                                     */s/ Danay Gonzalez*

                                                   By:_____
                                                   Danay Gonzalez,
                                                   Attorneys for Plaintiff


## ORDER

The parties have stipulated to the action being dismissed with prejudice. (Doc. 16) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation (Doc. 22), it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

   Dated:   **April 11, 2019**                    **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE